UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____ )
                                    )
**MARY JAGIELSKI**                  )   Case Number: 1:cv-10-1783
                                    )
    **Plaintiff**            )
                                    )
    vs.                      )   CIVIL ACTION
                                    )
**REGENT ASSET MANAGEMENT**         )
**SOLUTIONS, N.A**                  )
    **Defendant**            )
_____ )

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, MARY JAGIELSKI, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

    BY: /s/ Brent F. Vullings
        Brent F. Vullings, Esquire
        Attorney for Plaintiff
        Attorney I.D. #92344
        Warren & Vullings, LLP
        93 Old York Road
        Jenkintown, PA  19046
        215-745-9800